BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARRY BRADFORD,<br><br>    Defendant and Judgment Debtor.<br><hr>SAN FRANCISCO DEFERRED COMPENSATION PLAN,<br><br>    Garnishee. | No. 2:15-mc-00020-TLN-DAD<br><br>**APPLICATION FOR AN ORDER TERMINATING GARNISHMENT; AND ORDER THEREON**<br><br>Criminal Case No.: 2:11CR00171-TLN |

By this proceeding, the United States issued a Writ of Garnishment (Retirement Accounts) on March 17, 2015, to San Francisco Deferred Compensation Plan, the garnishee herein. In its Acknowledgment of Service and Answer of Garnishee, San Francisco Deferred Compensation Plan declared that it has no property in which the Judgment Debtor, Garry Bradford has an interest. 28 U.S.C. § 3205 (c)(10)(B). Accordingly, the United States requests that the Court terminate the writ.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ David T. Shelledy*
                                   By:    DAVID T. SHELLEDY
Dated: 8/12/2015                         Assistant United States Attorney

1
Application for an Order Terminating Garnishment; and Order Thereon

**ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating garnishment (the "Application"), and finding good cause therefor, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Garry Bradford is hereby TERMINATED pursuant to 28 U.S.C. § 3205 (c)(10)(B).

**IT IS SO ORDERED.**

Dated:  August 13, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
USvBradford0020.mc.gran.term.docx